

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In the Interest of H.A., a Child

Appellate case number:   01-22-00106-CV

Trial court case number:  2020-05703

Trial court:                313th Judicial District Court of Harris County

This case was abated and remanded to the trial court on August 15, 2022 to determine whether appellant's appointed counsel, Leneice Deshawn Parker, had abandoned the appeal, inquire as to the reasons appointed counsel had failed to file a brief, and either remove appointed counsel and substitute new counsel to represent appellant on appeal or set a date certain when appellant's appointed counsel must file her brief. The trial court held a hearing on the abatement order on September 2, 2022, and the court reporter has filed a reporter's record of the hearing. The trial court found that appellant wished to pursue this appeal and determined that Leneice Deshawn Parker would remain as appellant's appointed counsel. The trial court set September 20, 2022 as the deadline for filing appellant's brief. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief is ORDERED to be filed **no later than September 20, 2022**. Appellees' brief, if any, is to be filed within 20 days of the filing of appellant's brief. *See* TEX. R. APP. P. 28.4, 38.6(b).

Because this is a termination case, this Court is required to bring this appeal to final disposition within 180 days of January 25, 2022, the date the notice of appeal was filed in this proceeding, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, reprinted in TEX. GOV'T. CODE ANN., tit. 2, subtit. F app.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                  ☑ Acting individually    ☐ Acting for the Court

Date: _____